

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 2, 2026

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:     *United States v. Jason Miranda*, 26 Cr. 289 (PAE)

Dear Judge Engelmayer:

The Government writes in advance of the arraignment and initial pretrial conference in the above-captioned case, which is currently scheduled for July 9, 2026 at 10:45 a.m. On July 1, 2026, the defendant was charged in a one-count indictment with possessing ammunition after a felony conviction, in violation of 18 U.S.C. § 922(g)(1). (Dkt. 12).

The Government respectfully requests that time be excluded from today through the date of the arraignment and initial pretrial conference, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties to engage in discussions regarding a potential pretrial resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interests of justice. The Government has conferred with defense counsel, who consents to this request.

           Respectfully submitted,

           JAY CLAYTON
           United States Attorney

By:        _____
           Adabelle U. Ekechukwu
           Assistant United States Attorney
           (212) 637-1944

cc:    All counsel of record (by ECF)

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 13.
  SO ORDERED.            7/2/2026

_____
    PAUL A. ENGELMAYER
    United States District Judge