**DOAR RIECK KALEY & MACK**

ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
e-mail: firm@doarlaw.com
website: www.doarlaw.com

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037

October 21, 2026

**Via ECF Filing**
The Honorable Paul A. Engelmayer
United State District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Jason Miranda*
Docket # 26 Cr. 289 (PAE)

Dear Judge Engelmayer:

I was appointed to represent Jason Miranda in the above-referenced matter. A defense suppression motion presently is due to be filed on October 26, 2026. I write respectfully to request that the suppression motion schedule be adjusted moving the motion submission date for approximately two weeks with a corresponding adjustment in the dates for the filing of the Government's opposition and a hearing date. The reason for this request is that defense counsel has been engaged in discussions with Government counsel regarding a disposition of this matter short of motion practice and trial. In counsel's respectful view, the discussions with Government counsel have been positive and may lead to a resolution of this matter. Mr. Miranda consents to an exclusion of time under the Speedy Trial Act for the period of the requested adjournment.

I have communicated with AUSA Adabelle Ekechukwu regarding this request and she advised me that the Government does not object to this request.

Thank you for the Court's consideration of this request.

Respectfully submitted,

John F. Kaley

John F. Kaley

cc: All counsel via ECF Filing

**GRANTED.** The Court adjourns the deadline for the defendant to file a suppression motion, and the deadline for the Government's opposition, each by two weeks. Counsel should not, however, expect a further extension of these deadlines. The Court maintains the conference scheduled for November 9, 2026. In the event a plea agreement is reached, the Court anticipates using that conference as a change-of-plea proceeding. In the event the parties are unable to reach a plea agreement, counsel are to notify the Court forthwith, so as to enable the Court to re-schedule the suppression hearing dates for later in November. The Clerk of Court is requested to terminate the motion at Dkt. No. 23.

10/22/2026

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge