**DOAR RIECK KALEY & MACK**
ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
e-mail: firm@doarlaw.com
website: www.doarlaw.com

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037

November 4, 2026

**Via ECF Filing**
The Honorable Paul A. Engelmayer
United State District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Jason Miranda*
Docket # 26 Cr. 289 (PAE)

Dear Judge Engelmayer:

I was appointed to represent Jason Miranda in the above-referenced matter. Yesterday afternoon I visited Mr. Miranda at the MDC. When Mr. Miranda angrily and abruptly ended the meeting and made certain statements, it was clear to me that our attorney-client relationship had irreparably fractured and that a functioning attorney-client relationship going forward was not possible. After considering the matter further over night, I think it best that new counsel be appointed to represent Mr. Miranda.

Accordingly, I respectfully request that a change of counsel hearing be held as soon as possible. I could be available for a conference any time on Friday, November 6, 2026 or be able to address the matter at the conference presently scheduled on Monday, November 9, 2026.

Thank you for the Court's consideration of this request.

Respectfully submitted,

John F. Kaley

John F. Kaley

cc: All counsel (via ECF Filing and email)

**GRANTED.** A conference will be held in this case on **Friday, November 6, 2026** at **2:30 p.m.** to take up these issues. The Clerk of Court is requested to terminate the motion at Dkt. No. 25.

11/4/2026

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge