UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JASON MIRANDA,

Defendant.

26-CR-289 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court appoints Julia Gatto, Esq. as co-counsel for the defendant in this case. The Court also sets the following schedule:

- A status letter from defense counsel is due by **November 19, 2026**.
- The next conference in this case is scheduled for **November 24, 2026** at **9:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.
- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until **November 24, 2026.**

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 6, 2026
New York, New York